**Order entered October 28, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00575-CV

**IN THE INTEREST OF B.N.L., H.T.L. AND A.K.L., CHILDREN**

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-56250-2017**

### ORDER

Before the Court is appellant's October 26, 2020 fourth motion to extend time to file her brief. Appellant seeks an extension of thirty-three days and explains the extension is necessary to allow for review of a supplemental reporter's record that was filed October 20, 2020 and consists of 9,973 pages.

We **GRANT** the extension and **ORDER** the brief be filed no later than November 30, 2020.

/s/ ERIN A. NOWELL
JUSTICE